# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **SALSGIVER, INC.,** | Bankruptcy No. 18-20803-TPA |
| Debtor. | Chapter 11 |
| **SALSGIVER, INC.,** | Document No. |
| Movant, | Related to Doc. Nos. 392, 393, 394, 395 |
| vs. | |
| **NO RESPONDENT.** | |

## ORDER OF COURT

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Debtor is to file an Amended Plan, Amended Disclosure Statement and Amended Plan Summary on or before January 13, 2020.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that in light of the amendments to be performed as set forth above, the prior Order of this Court requiring the Debtor to file redlined versions of its December 9, 2019 prior amended plan documents is unnecessary and is no longer required.

Date:_____

United States Bankruptcy Court